WILSON *v.* THE INDIANAPOLIS AND ST. LOUIS RAILROAD COMPANY.

APPEAL from the Hendricks Circuit Court.

BUSKIRK, J.—This case is in all respects similar to, and involves precisely the same questions discussed and decided in, *Straughan* v. *The Indianapolis and St. Louis Railroad Company,* ante, p. 185.

Upon the authority of that case this is affirmed, with five per cent. damages and costs.

*W. A. McKenzie,* for appellant.

*M. A. Osborn* and *L. Ritter,* for appellee.

———•———

MUELLER *v.* MAYO ET AL.

APPEAL.—*License.*—No appeal lies to the Supreme Court from the refusal to grant a license to retail intoxicating liquors.

APPEAL from the Tippecanoe Common Pleas.

DOWNEY, J.—The appellant applied to the board of commissioners for a license to retail intoxicating liquors. The appellees remonstrated. The board granted the license. The appellees appealed to the common pleas. The case was tried in the common pleas, upon an agreed statement of facts, and there was a finding and judgment against the applicant. He appealed to this court.

No appeal is authorized, in such a case, to this court. 3 Ind. Stat. 330, sec. 2; *Brown* v. *Porter,* 37 Ind. 206.

The appeal is dismissed, with costs.

*G. O. Behm* and *A. O. Behm,* for appellant.

*J. R. Carnahan,* for appellees.